THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW, INC,<br><br>Defendant. | Case No. 2:25-cv-00048-RSL<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT** |

This matter, coming to be heard on the Defendant's "Unopposed Motion for an Extension of Time to Answer, Move, or Otherwise Respond to Complaint" (hereafter, the "Motion"), filed in the above-captioned matter, due notice having been given, the Parties being in agreement, and for good cause shown,

**IT IS HEREBY ORDERED** that: (i) the Motion is **GRANTED** for the reasons stated therein; and (ii) Defendant shall have until **April 23, 2025** to answer, move, or otherwise respond to Plaintiff's Complaint (*see* Dkt. 1) in this matter.

SO ORDERED THIS 28th DAY OF March, 2025.

*/s/ Robert S. Lasnik*

HONORABLE ROBERT. S. LASNIK
UNITED STATES DISTRICT JUDGE

DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT - 1
2:25-cv-00048-RSL

ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 PIKE ST, SUITE 1625
SEATTLE, WA 98101
TEL. 206.703.4810

1  Presented By:

2  **ANGELI & CALFO LLC**

3  By: */s/ Tyler S. Weaver*
4      Tyler S. Weaver, WSBA #29413
       701 Pike Street, Suite 1625
5      Seattle, WA 98101
       Phone: (206) 703-4810
6      tyler@angelicalfo.com

7  *Attorneys for Defendant Zillow, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO COMPLAINT - 2
2:25-cv-00048-RSL

ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 PIKE ST, SUITE 1625
SEATTLE, WA 98101
TEL. 206.703.4810